UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

"R" BEST PRODUCE INC.,
        Plaintiff,

04 MBD 10039

03 Civil 5621(WHP)
CERTIFICATION OF JUDGMENT
FOR REGISTRATION IN
ANOTHER DISTRICT
JUDGMENT # 03,2673

-against-

M&J TROPICAL CORP.; M&J TROPICAL
FOOD PRODUCTS CORP. AND JOSE A
TAVERAS,
        Defendants.
------------------------------------------------------------X

I, J. Michael McMahon, Clerk of this United States District Court certify that the attached is a true and correct copy of the judgment entered in this action on Dec 24, 2003 and no notice of appeal having been filed and no motion of any kind listed in Rule 4 FRAP has been filed

IN TESTIMONY WHEREOF, I sign my name and affix the seal of this Court on

January 26, 2003.

                _____
                Clerk

                _____
                (By) Deputy Clerk

Case closed 12/29/03

PAULEY, J

Andrew Squire (AS-6696)
Attorney for Plaintiff
"R" Best Produce Inc.
782 West End Avenue
New York NY 10025
212.864.6790

Doc # 8

[Stamp: U.S. DISTRICT COURT FILED DEC 22 2003 S.D. OF N.Y.]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x

"R" BEST PRODUCE INC.,

　　　　　　　　　　　　Plaintiff,

- against -

M&J TROPICAL CORP.
M&J TROPICAL FOOD PRODUCTS CORP.
and JOSE A. TAVERAS,

　　　　　　　　　　　　Defendants.
----------------------------------------x

Docket#: 03CV5621 (WHP)

Assigned to:
District Judge William H. Pauley, III

# 03,2673

### JUDGMENT AFTER DEFAULT BY COURT FOR PLAINTIFF
### DUE TO NON-APPEARANCE OF DEFENDANT

Defendants M&J Tropical Corp., a/k/a M&J Tropical Food Products Corp. and Jose A. Taveras, have each been regularly served with process. They have each failed to appear and answer the plaintiff's complaint filed herein. The default of defendants has been entered. It appears that none of the defendants is an infant nor an incompetent person. A Certification in Lieu of Affidavit of Non-Military Service has been filed herein. It appears from the Certification in Lieu of Affidavit of Lee Pakulsky, certified to on December 1, 2003, and exhibits annexed thereto, that the plaintiff is entitled to judgment.

IT IS ORDERED AND ADJUDGED that plaintiff recover from defendants the sum of $15,076.00 plus attorney's fees and collection costs in the sum of $3,769.00 together with pre-judgment interest at the rate of 9 percent per annum from July 7, 2003, ~~until paid, together with costs and disbursements in the sum of~~ AMOUNTING TO $ 822.46 for a sum total of $ 19,667.46.

DATED: Dec, 18 , 2003

CERTIFIED AS A TRUE COPY ON

THIS DATE  1/22/2004

BY _____
( ) Clerk
(✓) Deputy

ENTER:

_____ William H. Pauley
USDJ

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 12/24/03

MICROFILM 9:02 AM DEC 23 2003