UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

"R" BEST PRODUCE, INC.,

    Plaintiff,

v.

M&J TROPICAL CORP.,
M&J TROPICAL FOOD PRODUCTS CORP. and
JOSE A. TAVERAS,

    Defendants.

MBD No. 04-10039

## EX PARTE MOTION OF PLAINTIFF FOR APPOINTMENT OF SPECIAL PROCESS SERVER

Plaintiff "R" Best Produce, Inc. moves ex parte pursuant to Fed. R. Civ. P. 4(c) for the appointment of the Civil Process Division of the Essex County Sheriff's Department as Special Process Server.

As grounds for this motion, plaintiff states the following:

1.    Plaintiff recovered a judgment against the defendants in the United States District Court for the Southern District of New York. The judgment has been registered in the District of Massachusetts and an Execution has issued from this Court.

2.    Plaintiff has learned that the individual defendant owns real estate located in Haverhill, Essex County, Massachusetts, and plaintiff intends to levy the Execution against this property.

3.    The Civil Process Division of the Essex County Sheriff's Department is experienced in such matters, and is located in relative physical proximity to the Essex County Registry of Deeds where the levy must be performed. Having the levy performed

*ALLOWED*
*Wolf, DJ*
*Feb. 11, 2004*

by the Essex County Sheriff's Department will save time and money, and will also avoid diverting the resources of the United States Marshals Service.

WHEREFORE, Plaintiff "R" Best Produce, Inc. requests that the Civil Process Division of the Essex County Sheriff's Department be appointed Special Process Server, and that it be granted such other relief as may be proper.

"R" BEST PRODUCE, INC.
By its Attorneys

/s/ Bruce F. Smith
Bruce F. Smith
BBO# 467900
Howard P. Blatchford, Jr.
BBO# 045580
JAGER SMITH P.C.
One Financial Center
Boston, MA 02111
(617) 951-0500

Dated: February 10, 2004.

2