# JAGER SMITH P.C.

### COUNSELORS AT LAW

ONE FINANCIAL CENTER
BOSTON, MASSACHUSETTS 02111
telephone 617 951 0500
facsimile 617 951 2414
www.jagersmith.com

HOWARD P. BLATCHFORD, JR., ESQ.
HBlatchford@jagersmith.com

October 5, 2004

Ms. Deborah Keefe
Miscellaneous Business Docket Clerk
United States District Court
John Joseph Moakley Courthouse
One Courthouse Way
Boston MA 02210

Re:    "R" Best Produce, Inc. v. M&J Tropical Corp. et al
MBD No. 04-10039

To Whom It May Concern:

Enclosed is the following:

1.  Writ of Execution returned and marked "satisfied in full."

Thank you.

Sincerely yours,

Howard P. Blatchford, Jr.

Enc.
C:    Mr. Lee Pakulsky
Jose A. Taveras and Orquida Taveras
Ms. Lorraine Green, Merrimack Valley FCU